933 A.2d 647

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jeffrey D. SODER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 19, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2007, the Petition for Allowance of Appeal and the Emergency Petition for Writ of Mandamus are **DENIED.**